FILED

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 2 0 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIO LaVELL WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-S-1990-S |
| | ) | |
| ASSISTANT ATTORNEY GENERAL JAMES B. PRUDE and JEFFERSON COUNTY BESSEMER CRIMINAL DIVISION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 24, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) because plaintiff is seeking relief from defendants who are immune from such relief. The plaintiff filed documents which the court will consider as objections to the report and recommendation on August 25, 2000, August 29, 2000, and September 12, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly,

10

the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915(A) because plaintiff is seeking relief from defendants who are immune from such relief.  A Final Judgement will be entered.

DATED this ___20th___ day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE